EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      |                 |
|                             | 2006 TSPR 140   |
| Celimar Gracia Marín        |                 |
| Rayda I. Mitchell Pagán     | 168 DPR _____   |
| Doris Carrero Ruiz          |                 |

Número del Caso: TS-11638
                 TS-14264
                 TS-12977


Fecha: 1 de septiembre de 2006




Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

| | |
|---|---|
| Celimar Gracia Marín | TS-11638 |
| Rayda I. Mitchell Pagán | TS-14264 |
| Doris Carrero Ruiz | TS-12977 |

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Fuster Berlingeri y la Jueza Asociada señora Fiol Matta

RESOLUCIÓN

San Juan, Puerto Rico, a 1 de septiembre de 2006.

La Hon. Tomasa del Carmen Vázquez Chévere, Jueza de la Sala Superior de Caguas del Tribunal de Primera Instancia de Puerto Rico, remitió una carta el pasado 16 de agosto al Juez Presidente, Hon. Federico Hernández Denton, en la que se quejó de la conducta de varios abogados de la Sociedad de Asistencia Legal (SAL). En específico solicitó "una investigación exhaustiva, y la aplicación de las medidas disciplinarias correspondientes, en relación con el comportamiento como abogadas de las siguientes abogadas asignadas a la Sociedad para Asistencia Legal, Región Judicial de Caguas: Lic. Celimar Gracia Marín, Lic. Rayda Mitchell Pagán y Lic. Doris Carrero".

La Jueza Vázquez Chévere acompañó su carta con copia de varias órdenes y mociones que recogen varios incidentes en su sala que involucraron a abogadas de la SAL.

En específico, la Jueza Vázquez Chévere plantea que algunas abogadas de la SAL han actuado en sala y fuera de ella de forma irrespetuosa, se han ido a disfrutar de vacaciones sin informar al Tribunal, acuden tardíamente a las vistas

señaladas, solicitan injustificadamente inhibición de la Jueza y asumen actitudes hostiles y destempladas hacia los testigos y el Tribunal.

El Juez Presidente ha traído los asuntos planteados por la Jueza Vázquez Chévere a nuestra atención. La conducta descrita por la Jueza Vázquez Chévere es similar a la de muchos otros abogados cuya conducta ha sido referida a nuestra atención. Como en esas ocasiones, reafirmamos la facultad de los jueces del Tribunal de Primera Instancia para mantener y asegurar el orden en los procedimientos ante su consideración sin necesidad de referirnos dichas situaciones. Resultan pertinentes nuestras expresiones en E.L.A. v. Asociación de Auditores, 147 D.P.R. 669, 681 (1999), cuando afirmamos que:

> La base jurídica para el procedimiento de desacato en Puerto Rico proviene de tres (3) fuentes, según han sido interpretadas por nuestra jurisprudencia, las cuales están fundadas en el poder inherente de los tribunales para hacer cumplir sus órdenes. Los tribunales tendrán poder, entre otros, para mantener y asegurar el orden en su presencia y en los procedimientos ante su consideración, para hacer cumplir sus órdenes, sentencias y providencias, y para realizar u ordenar cualquier acto que resulte necesario a fin de cumplir a cabalidad sus funciones. 4 L.P.R.A. secs. 1a y 362a. Para el ejercicio efectivo de las facultades antes enumeradas la ley les autoriza a castigar por desacato. 4 L.P.R.A. sec. 362b. (Énfasis suplido).

Los jueces de instancia poseen, además, la facultad discrecional de imponer al abogado aquellas sanciones económicas que estimen apropiadas por conducta que afecte adversamente los procesos judiciales.

En vista de lo antes expuesto, devolvemos el asunto a la Sala Superior de Caguas del Tribunal de Primera Instancia, para la acción correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo